# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| **ZAN E. WYATT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | No. **3:04-CV-163** |
| | ) | |
| **COUNTRYWIDE HOME LOANS, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, Zan E. Wyatt, by and through the undersigned counsel, and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby gives notice of Plaintiff's voluntary dismissal of her action in the above-styled case against the defendant Countrywide Home Loans, Inc.

**RESPECTFULLY** submitted this 21st day of August, 2006.


**ZAN E. WYATT**


By: /s/ Cheryl G. Rice
**CHERYL G. RICE, BPR #21145**
EGERTON, McAFEE, ARMISTEAD
  & DAVIS, P.C.
900 S. Gay Street, Suite 1400
P.O. Box 2047
Knoxville, Tennessee 37901
(865) 546-0500
Counsel for Plaintiff

## Certificate of Service

       The undersigned hereby certifies that on this 21st day of August, 2006, a true and exact copy of this Notice of Voluntary Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                       **EGERTON, MCAFEE, ARMISTEAD &**
                                         **DAVIS, P.C.**

                                  By: _/s/ Cheryl G. Rice_____

/6102/002/Notice of Voluntary Dismissal